UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
CHARLOTTE, NC
SEP 11 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SHELBY DEAN MARTIN, D. MARTIN ENTERPRISES, INC. and DM VENTURES, LLC,<br><br>Defendants. | C.A. No. 5:09-CV-22 |

## ORDER

Upon consideration of the parties Joint Motion to Sell Property and for good cause shown,

IT IS HEREBY ORDERED that Defendant Shelby Dean Martin is hereby authorized to sell the homeplace he owns jointly with his wife Barbara Martin located at 732 Isle of Pines Drive, Mooresville, NC. Defendant Martin is ordered and directed to place any proceeds from the closing, after payment of existing mortgages, liens, taxes and other closing charges into an escrow account where they shall remain frozen, pursuant to this Court's Orders of March 6 and March 19, 2009, until further order of this Court. Defendant Martin is further directed to provide counsel for the plaintiff with the closing statement showing the amount of proceeds and the identity of the account where the funds are escrowed no later than three days after the closing.

Dated: Sept 11, 2009

_____
UNITED STATES DISTRICT JUDGE