FILED
STATESVILLE, N.C.
OCT 24 2013
U.S. District Court
Western District of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SHELBY DEAN MARTIN,<br>D. MARTIN ENTERPRISES, INC.<br>and DM VENTURES, LLC,<br><br>Defendants. | Civil Action No.: 05:09-CV-22 |

## ORDER ALLOWING COMPENSATION
## AND EXPENSES FOR ATTORNEY FOR RECEIVER

THIS CAUSE, coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Application of the law firm of Hutchens Law Firm for Compensation and Reimbursement of Expenses as Counsel for the Receiver; and

It appearing to the Court that all parties in interest were given proper notice of the Application of the Firm of Hutchens Law Firm for Compensation and Reimbursement of Expenses as Counsel for the Receiver and that no party in interest filed an objection thereto.

It further appearing to the Court that Hutchens Law Firm as counsel for the Receiver has rendered valuable legal services as Receiver for Defendants Shelby Dean Martin, D. Martin Enterprises, Inc. and DM Ventures, LLC from June 24, 2013 through October 15,

2013, and that the firm should be paid for services rendered during said time, along with their expenses.

It further appearing to the Court that under the standards set for compensation, Hutchens Law Firm fees are fair and reasonable.

NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED that the Receiver be and he herewith is authorized to pay to Hutchens Law Firm the sum of $1,370.00 as attorneys' fees in this matter for the period of time from June 24, 2013 through October 15, 2013.

This the 20th day of October, 2013.

RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE