IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

STATESVILLE DIVISION



| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>SHELBY DEAN MARTIN,<br>D. MARTIN ENTERPRISES, INC.<br>and DM VENTURES, LLC,<br><br>        Defendants. | Civil Action No.: 05:09-CV-22 |

## ORDER GRANTING MOTION OF RECEIVER TO CLOSE ESTATE AND DISCHARGE RECEIVER

THIS CAUSE, coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Motion of Receiver to Close Estate and to Discharge Receiver of the law firm of Hutchens Law Firm for Compensation and Reimbursement of Expenses as Counsel for the Receiver; and

It appearing to the Court that all parties in interest were properly served with the Motion and that no party in interest filed an objection thereto.

It further appearing to the Court that the Motion should be granted.

NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND

DECREED as follows:

1. That the Motion of the Receiver to close estate and to discharge receiver be and the same herewith is granted;

2. That the Receiver be and be herewith is ordered to keep all books and records, including bank statements and checks, for a period of four (4) years after the entry of this Order; and

3. That the Receiver be and herewith is discharged from any further liability or duties in this matter.

This the 30th day of October, 2013.

_____
RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE