IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:09-cv-22

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHELBY DEAN MARTIN, | ) | |
| D. MARTIN ENTERPRISES, INC. | ) | |
| and DM VENTURES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**THIS CAUSE,** coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Motion for Order to Appear filed herein by William Walt Pettit as receiver;

It appearing to the Court from the record herein and from the Motion that said Motion should be granted and that an Order should be entered directing John Vernon Moore and John Lee Moore to appear before this Court.

NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED, DECREED as follows:

1. That the Receiver's Motion for Order to Appear be and the same herewith is granted;

2. That John Vernon Moore and John Lee Moore be and they herewith are ordered to appear and show cause as to which of them, or both, is entitled to receive certain funds deposited with the Clerk's office in this action, such appearance to take place Monday, January 6, 2014 at 1:50 PM at the United Stated District Court, Main Courtroom, 200 West Broad Street, **Statesville, N.C.**;

3. That John Vernon Moore and John Lee Moore are ordered to bring with them all books and records which document and support all their right in and to these funds, including all checks or other evidence of payment to Defendants;

4. That the Receiver be and he herewith is ordered to serve a copy of this Order with subpoenas duces tecum on John Vernon Moore and John Lee Moore pursuant to Rule 4 of the Federal Rules of Civil Procedure and to file such evidence of service with the Clerk's Office prior to the hearing; and

5. That, in the even that John Vernon Moore and/or John Lee Moore fails to appear at this hearing, the Court reserves the right to enter such supplemental Orders, for contempt or otherwise, to carry out and effectuate the terms and provisions of this Order as may be necessary to serve the purposes hereof.

Signed: December 20, 2013

Richard L. Voorhees
United States District Judge