IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:09-cv-22

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SHELBY DEAN MARTIN, D. MARTIN ENTERPRISES, INC. and DM VENTURES, LLC | ) |
| Defendants. | ) |

**ORDER OF DISBURSEMENT OF UNCLAIMED FUNDS**

The Court finds that the amount of $3,230.96 which is listed for the benefit of "Ken Jurney" in the REPORT OF UNCLAIMED FUNDS filed in this matter, for reasons stated in the MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS filed by McKinley ("Ken") Van Jurney as Claimant and as supported by affidavits, is due and owing said Claimant McKinley ("Ken") Van Jurney.

**IT IS, THEREFORE, ORDERED** that the amount of **$3,230.96** be disbursed to McKinley Van Jurney.

Signed: April 9, 2014

Richard L. Voorhees
United States District Judge