# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### 5:09cv22

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

SHELBY DEAN MARTIN,
D. MARTIN ENTERPRISES, INC.
And DM VENTURES, LLC

        Defendants.

FILED
CHARLOTTE, NC
JUN 19 2014
US District Court
Western District of NC

## ORDER OF DISBURSEMENT OF UNCLAIMED FUNDS

This matter is before the Court for purposes of disbursing funds to certain investors as identified in the REPORT OF UNCLAIMED FUNDS (document 48) filed in this matter. The Clerk, having determined current addresses for the following individuals is directed to disburse the amounts to the listed investors as follows:

| Investor | Amount |
|---|---|
| Sam Waugh | $ .73 |
| Seth Owens | $ 169.16 |
| Ronnie Thompson | $ 397.53 |
| Cynthia Miller | $ 571.76 |
| Ray Robbins | $ 778.14 |
| John Moore | $ 845.80 |
| Darius and Mary Deaton | $ 1,407.24 |
| Kenneth Gray | $ 3,638.70 |

**IT IS, THEREFORE, ORDERED** that the above amounts be disbursed by the Clerk of Court.

So Ordered, 19th day of June, 2014.

Richard L. Voorhees,
United States District Judge